ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :   NOTICE OF INTENT TO
                                        FILE AN INFORMATION
        v.                          :
                                        08 Cr. __
EDWARD J. RENEHAN, JR.              :

                Defendant.          :

- - - - - - - - - - - - - - - - - - x

**08 CRIM 444**

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 11, 2008

                            MICHAEL J. GARCIA
                            United States Attorney

                    By:     _____
                            MARK LANPHER
                            Assistant United States Attorney


                    AGREED AND CONSENTED TO:

                    By:     _____
                            PETER E. BRILL, ESQ.
                            Attorney for Edward J. Renehan, Jr.

*[Stamp: JUDGE C...]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/11/08]*

4/11/08  WHEEL  R