JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :    INFORMATION

         - v. -                      08 CRIM 444

EDWARD J. RENEHAN, JR.,         :

                Defendant.      :

- - - - - - - - - - - - - - - - - - x

Count One

The United States Attorney charges:

1. From in or about January 2006, through in or about October 2007, in the Southern District of New York and elsewhere, EDWARD J. RENEHAN, JR., the defendant, unlawfully, willfully, and knowingly did transport, transmit, and transfer in interstate or foreign commerce goods, wares, merchandise, securities and money, of the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud, to wit, RENEHAN stole from the Theodore Roosevelt Association, among other things, a letter written by Abraham Lincoln on or about March 1, 1840, a letter written by George Washington on or about August 9, 1791, and a letter written by George Washington on or about December 29, 1778, and resold such letters in interstate commerce through a Manhattan gallery.

(Title 18, United States Code, Sections 2314 & 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

FORFEITURE ALLEGATION

2.   As the result of committing the fraud offense in violation of Title 18, United States Code, Sections 2314 and 2, alleged in Count One of this Information, EDWARD J. RENEHAN, JR., the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from gross proceeds traceable to the commission of the said offense.

Substitute Asset Provision

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981 and
Title 28, United States Code, Section 2461)

*Michael J. Garcia* (signature)
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

EDWARD J. RENEHAN, JR.,

Defendant.

---

**INFORMATION**

08 Cr.

(18 U.S.C. §§ 2314 & 2.)

 

MICHAEL J. GARCIA
United States Attorney.

---

5/20/08
(P)

Filed waiver of Indictment & Information. Deft pleads guilty to information, Bail set $100,000 PRB Travel to SD + ED of NY. AUSA Laughlin pres. Deft pres w/ counsel Renehan.

Ellis J.