UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    WAIVER OF INDICTMENT

            v.                      :    08 Cr.

EDWARD J. RENEHAN, JR.,             :

            Defendant.              :

- - - - - - - - - - - - - - - - - - x

08 CRIM 444

      The above-named defendant, who is accused of violating Title 18, United States Code, Section 2314, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:      New York, New York
           May 2 0, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____