**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

```
UNITED STATES OF AMERICA          :

          - v. -                  :      ORDER

EDWARD J. RENEHAN, JR.,           :      08 Cr. 444 (DC)

          Defendant.              :
```
- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

   WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on May 20, 2008;

   WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

   WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

   IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         5/28    , 2008

                                    _____
                                    THE HONORABLE DENNY CHIN
                                    UNITED STATES DISTRICT JUDGE